UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL BARTLETT,

    Plaintiff,

v.

STEPHEN GORSLITZ, et al.,

    Defendants.

_____/

Case No. 1:18-cv-94

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit on January 26, 2018, and was allowed to proceed *in forma pauperis* under 28 U.S.C. § 1915. On February 8, 2018, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Report and Recommendation was duly served on the parties. No objections have been filed.[1] *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 9) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

---

[1] Plaintiff cannot supplement her complaint without leave of Court. Fed. R. Ci.v. P. 15(d). The supplements plaintiff filed without leave of Court (ECF Nos. 5, 6, 7, 11, 12, and 14) are disregarded.

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated: March 5, 2018                                             /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  United States District Judge