UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL BARTLETT ,

    Plaintiff,

v.

STEPHEN GORSLITZ, et al.,

    Defendants.

_____/

Case No. 1:18-cv-94

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: March 5, 2018                                                           /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge